UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERALDINE A. TRICE,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>    Defendants. | Case No. 2:15-cv-01614-APG-NJK<br><br>**ORDER DENYING MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION**<br><br>(Dkt. ##4, 5) |

The plaintiff has filed a motion seeking preliminary and permanent injunctions blocking defendants from conducting a trustee's sale of her residence. (Dkt. ##4, 5.) Injunctive relief is not warranted. The plaintiff has not made a sufficient showing of even probable (let alone a strong likelihood of) success on the merits. Nor has she raised serious questions. *National Resources Defense Council, Inc. v. Winter*, 502 F.3d 859, 862 (9th Cir. 2007). Thus, she is not entitled to a preliminary injunction.

**IT IS THEREFORE ORDERED** that plaintiff's motion for preliminary and permanent Injunctions **(Dkt. #4, 5) is DENIED.**

Dated: September 30, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE